# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HENRY LEE BOYKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>LEROY D. BACA, Sheriff, et al.,<br><br>    Defendants. | No. CV 08-2432-DSF (AGR)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED** |

On April 29, 2008, this Court filed an Order Dismissing Complaint with Leave to File Amended Complaint no later than May 28, 2008. To date, Plaintiff has not filed a First Amended Complaint. Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute no later than July 11, 2008. Filing of the First Amended Complaint on or before July 11, 2008, shall be deemed compliance with this Order to Show Cause.

Plaintiff is admonished that, if he fails to timely file a First Amended Complaint on or before July 11, 2008, the Court will recommend that the action be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. *See* Fed. R. Civ. P. 41(b).

DATED: June 13, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE