**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| HENRY LEE BOYKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE 1 AND JOHN DOE 2,<br><br>    Defendant(s). | No. CV 08-2432-DSF (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

    IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: 7/6/09

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE