# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HENRY LEE BOYKINS, | No. CV 08-2432-DSF (AGR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOHN DOE 1 AND JOHN DOE 2, | |
| Defendants, | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 7/6/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE